IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00125-BNB

ANNE MARIE ROBERTS,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION (USAA),

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 03 2011

GREGORY C. LANGHAM
                CLERK

---

### ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 3, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**AMENDED CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00125-BNB

James Abrams
Attorney at Law
*DELIVERED ELECTRONICALLY*

Johanna Lynne Brammer-Hoelter
Attorney at Law
*DELIVERED ELECTRONICALLY*

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 3, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk